## UNITED STATES DISTRICT COURT
### for
### NORTHERN DISTRICT OF TEXAS

### Report on Person Under Supervision - Court Decision Requested

| | |
|---|---|
| Person Under Supervision: | Michael Richard Chavez          Case No.: 2:18-CR-023-Z(01) |
| Name of Sentencing Judge: | U.S. District Judge John Richard Smoak (Transferred to Senior U.S. District Judge Sidney A. Fitzwater on March 14, 2018; Reassigned to U.S. District Judge Matthew J. Kacsmaryk, Northern District of Texas, Amarillo Division, on August 1, 2019, pursuant to Special Order 3-327) |
| Date of Original Sentence: | January 14, 2009 |
| Original Offense: | Conspiracy to Distribute and Possess With Intent to Distribute More Than Five Kilograms of a Mixture and Substance Containing Cocaine, 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(ii) and 846, a Class A Felony |
| Original Sentence: | 180 months custody as to Count 1, 10-year term of supervised release as to Count 1. Sentence reduced to 145 months custody on August 24, 2015, in accordance with Amendment 782. |
| Type of Supervision: Supervised Release | Date Supervision Commenced: November 28, 2017 |
| Assistant U.S. Attorney: Corey J. Smith | Defense Attorney: Manuel Joseph Barraza (Retained) |

### Notification To The Court For Cause As Follows:

#### I.

The following information/request is being presented for the Court's review and decision:

Michael Ricard Chavez is requesting permission to travel to Cancun, Mexico, from July 20, 2026, through July 26, 2026, with his wife and daughter. The purpose of this travel was explained as leisure.

Mr. Chavez has been supervised by the U.S. Probation Office in Amarillo, Texas, since May 30, 2017. Since then, he has been compliant with all conditions and has remained steadily employed. He successfully completed the urinalysis program through the previous treatment provider, Amarillo, Texas, and all specimens tested negative for illegal drugs.

Mr. Chavez previously requested permission to travel to Mexico in January of 2019, July of 2021, and January of 2024. The Court granted such permission on November 14, 2018; April 7, 2021; and November 12, 2024. No issues or concerns arose as a result of that travel.

#### II.

The probation officer recommends the following action for the Court to consider:

It is respectfully recommended that Mr. Chavez be allowed to travel to Mexico as requested.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on June 8, 2026
Respectfully submitted,                          Approved,

_____               _____
Cristina Gonzalez                                Gema Delgado Reyes
U.S. Probation Officer                           Supervising U.S. Probation Officer
Amarillo division                                Phone:  806-337-1752
Phone:  806-337-1755

**Order of the Court:**

☒   Agrees with the recommendation of the probation officer.

☐   Disagrees with the recommendation of the probation officer.

☐   Directs the probation officer to submit a request for modifying the conditions or term of
     supervision.

☐   Directs the probation officer to submit a request for a warrant or summons.

☐   Other or Additional:

☐   File under seal until further order of the Court.

_____
The Honorable Matthew J. Kacsmaryk
U.S. District Judge

_____
Date  June 9, 2026